## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**STEVEN W. HOLLAND**                                                                                   **PLAINTIFF**

**VS.**                                                                          **CAUSE NO. 1:15CV306 HSO-JCG**

**KEESLER FEDERAL CREDIT UNION**                                                      **DEFENDANT**

### CERTIFICATE OF SERVICE
### ON ISSUANCE OF SUBPOENA

TO:    United States District Court Clerk
       Southern District of Mississippi
       Southern Division

Take notice that a supboena has been issued to Randall A. Snyder, a copy of which is attached hereto and marked as Exhibit "A", pursuant to the applicable Federal Rules of Civil Procedure, which will be served under the applicable Rules.

   This March 31, 2016.

                                          KEESLER FEDERAL CREDIT UNION
                                          BY:   SCHWARTZ, ORGLER & JORDAN, PLLC

                                          BY:  _/s Robert T. Schwartz_____
                                             ROBERT T. SCHWARTZ, For the Firm

ROBERT T. SCHWARTZ, ESQ. (MSB# 10482)
CHRISTIAN J. STRICKLAND, ESQ. (MSB# 104474)
Schwartz, Orgler & Jordan, PLLC
2355 Pass Road
Biloxi, MS 39531
Telephone: (228) 388-7441
Facsimile: (228) 388-7442
robert@sojlaw.net
christian@sojlaw.net

CERTIFICATE OF SERVICE

    I, ROBERT T. SCHWARTZ, ESQ., do hereby certify that I have this date filed by ECF the foregoing pleading, which service sent a true and correct copy of the above and foregoing Pleading to the following:

        Walter J. Blessey, Esq.
        P.O. Box 183
        Biloxi, MS 39533

        David Mitchell, Esq.
        101 East Kennedy Blvd., Suite 3170
        Tampa, Florida 33602

This March 31, 2016.

        */s Robert T. Schwartz*
        ROBERT T. SCHWARTZ

ROBERT T. SCHWARTZ, ESQ. (MSB# 10482)
CHRISTIAN J. STRICKLAND, ESQ. (MSB# 104474)
Schwartz, Orgler & Jordan, PLLC
2355 Pass Road
Biloxi, MS 39531
Telephone: (228) 388-7441
Facsimile: (228) 388-7442
robert@sojlaw.net
christian@sojlaw.net