### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**STEVEN W. HOLLAND**                                                      **PLAINTIFF**

**VS.**                                                      **CAUSE NO. 1:15CV306 HSO-JCG**

**KEESLER FEDERAL CREDIT UNION**                                        **DEFENDANTS**

### MOTION IN LIMINE REGARDING OPINIONS OF RANDALL SNYDER, EXPERT WITNESS OF THE PLAINTIFF

COMES NOW the Defendant, KEESLER FEDERAL CREDIT UNION ("Defendant" or "Keesler"), by and through its undersigned counsel of record, Schwartz, Orgler & Jordan, PLLC, and Rushing & Guice, PLLC, respectfully submits this motion *in limine* to preclude any testimony, evidence, argument of counsel, or reference at the trial of this matter to the legal opinions and/or conclusions offered by the Plaintiff's purported expert witness, Randall Snyder, and states to the Court the following:

1.      The Plaintiff has designated Randall Snyder ("Snyder"), as an expert witness in this case.  Synder's testimony should be excluded at trial and any references to his testimony and/or reports should be prohibited.

WHEREFORE PREMISES CONSIDERED, Defendant moves this Court to exclude any evidence, testimony, argument, documentation, or reference by either Plaintiff, its counsel or any witness to the legal opinions and/or conclusions offered by the Plaintiff's purported expert witness, Snyder. Defendant prays the Court grant such other relief which Defendant is entitled under the premises, at law or in equity.

RESPECTFULLY SUBMITTED, this July 3, 2017.

KEESLER FEDERAL CREDIT UNION
BY:   SCHWARTZ, ORGLER & JORDAN, PLLC

BY:  _/s Robert T. Schwartz_____
     ROBERT T. SCHWARTZ, For the Firm

ROBERT T. SCHWARTZ, ESQ. (MSB# 10482)
CHRISTIAN J. STRICKLAND, ESQ. (MSB# 104474)
Schwartz, Orgler & Jordan, PLLC
2355 Pass Road
Biloxi, MS 39531
Telephone: (228) 388-7441
Facsimile: (228) 388-7442
robert@sojlaw.net
christian@sojlaw.net

William Lee Guice III, Esq. (MSB # 5059)
Rushing & Guice, PLLC
1000 Government Street, Ste. E
Ocean Springs, MS 39564-3816
(228) 374-2313
bguice@rushingguice.com

## CERTIFICATE OF SERVICE

    I, ROBERT T. SCHWARTZ, one of the attorneys for the Defendant, KEESLER FEDERAL CREDIT UNION, do hereby certify that I have this day filed the foregoing pleading or paper with the ECF electronic filing system, which sent notice of said filing to all counsel of record.

    This July 3, 2017.

       _/s Robert T. Schwartz___
       ROBERT T. SCHWARTZ