IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEVEN W. HOLLAND**                                                              **PLAINTIFF**

v.                                                                          **CIVIL NO. 1:15-cv306-HSO-JCG**

**KEESLER FEDERAL CREDIT UNION**                               **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned cause is dismissed with prejudice as to all parties.

**SO ORDERED** this the 11th day of July, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE